March 20, 2014



# JUDGMENT

# 𝔗𝔥𝔢 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

THE CITY OF SOUTH HOUSTON, Appellant

NO. 14-12-01119-CV                             V.

SANDRA RODRIGUEZ, Appellee

_____

This cause, an appeal from the trial court's order denying appellant The City of South Houston's plea to the jurisdiction, signed November 27, 2012, was heard on the transcript of the record. We have inspected the record and find the trial court erred in denying the plea. We therefore order the trial court's order **REVERSED** and **REMAND** the cause with instructions for the trial court to dismiss appellee Sandra Rodriguez's claims against The City of South Houston.

We further order that all costs incurred by reason of this appeal be paid by appellee Sandra Rodriguez.

We order this decision certified below for observance.